

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00048-CR

AMY NICOLE FITZGERALD, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 2229472

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

Appellant, Amy Nicole Fitzgerald, has filed a motion to dismiss this appeal. The motion was signed by both Fitzgerald and her appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.


Scott E. Stevens
Chief Justice

Date Submitted: April 2, 2024
Date Decided: April 3, 2024

Do Not Publish